IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: |
| ZHENGCHENG HUANG<br>a/k/a "chinodrug"<br>a/k/a "Chihwei Lim"<br>a/k/a "Yang Yong" | :<br><br>:<br>: | VIOLATION:<br>21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C)<br>(conspiracy to distribute oxycodone<br>– 1 count)<br>Notice of Forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

### BACKGROUND

At all times material to this Indictment:

1. Every computer device on the Internet has an Internet Protocol ("IP") address assigned to it, which is used to route Internet traffic to and from the device. Ordinarily, a device's IP address can be used to determine its physical location and, thereby, its user.

2. The "Dark Web," also known as the "Darknet," is a part of the Internet that is only accessible through software called "Tor." In essence, Tor is a special network of computers, distributed around the world, that is designed to conceal the true IP addresses of the computers on the network and, thereby, the identities and physical locations of the network's users. Although Tor has legitimate uses, it is also used by cybercriminals seeking anonymity in their illicit online activities.

3. A "dark market" is a location on the Dark Web where vendors can advertise illegal items and substances for sale.

4. Cryptocurrency, a type of virtual currency, is a decentralized, peer-to peer, network-based medium of value that can be used as a substitute for government-issued currency to (a) buy goods or services or (b) exchanged for other cryptocurrencies or government-issued currency. Examples of cryptocurrency are Bitcoin, Litecoin, and Ether. Cryptocurrency can exist digitally on the Internet, in an electronic storage device, or in cloud-based servers. Cryptocurrency can be exchanged directly person-to-person, through a cryptocurrency exchange, or through other intermediaries. Cryptocurrency is stored in a virtual account called a "wallet." Wallets are software programs that are used to send and receive cryptocurrency.

5. Defendant ZHENGCHENG HUANG led a large-scale drug trafficking group ("DTG") that operated principally through dark markets, including ASAPMARKET. Defendant HUANG and members of the DTG often used the moniker "chinodrug" on these dark markets.

6. A.B. and H.B., known to the grand jury, were members of the DTG.

## THE CONSPIRACY

7. From in or about August 2018 through on or about April 10, 2024, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ZHENGCHENG HUANG,**
a/k/a "chinodrug,"
a/k/a "Chihwei Lim,"
a/k/a "Yang Yong,"

conspired and agreed with A.B. and H.B., and others known and unknown to the grand jury, to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## MANNER AND MEANS

It was part of the conspiracy that:

8. Defendant ZHENGCHENG HUANG and members of the DTG advertised the sale of controlled substances on various dark markets. Defendant HUANG and members of the DTG also privately messaged with buyers on the dark markets.

9. Defendant ZHENGCHENG HUANG and members of the DTG received orders for large quantities of controlled substances, including oxycodone, through dark markets. Defendant HUANG and members of the DTG received payments from buyers in the form of Bitcoin.

10. Defendant ZHENGCHENG HUANG and members of the DTG utilized a storage unit in Kent, Washington as a "stash facility" to store and package controlled substances, including oxycodone. Defendant HUANG used the alias "Chihwei Lim" to rent the storage unit.

11. Defendant ZHENGCHENG HUANG and members of the DTG packaged controlled substances and shipped them using the United States Postal Service to buyers around the United States, including buyers located in the Eastern District of Pennsylvania.

12. To conceal their true identities and locations, defendant ZHENGCHENG HUANG and members of the DTG utilized at least one other individual's Internet-based shipping account in order to purchase postage. Moreover, defendant HUANG and members of the DTG used bogus return addresses, also known as "drop addresses," to ship parcels containing controlled substances.

13. To further avoid detection and to compartmentalize their drug trafficking business, defendant ZHENGCHENG HUANG and members of the DTG often used multiple Bitcoin wallets, encrypted email software, other encrypted communication applications, and

Voice over Internet Protocol ("VOIP") to discuss, coordinate, and complete drug trafficking transactions and operations in concert with one another. In addition, defendant HUANG used the alias "Yang Yong" to conduct banking transactions in furtherance of the DTG.

### OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendant ZHENGCHENG HUANG and others known and unknown to the grand jury committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

1. On or about March 22, 2020, defendant ZHENGCHENG HUANG and members of the DTG, under the moniker "chinodrug," posted the following on ASAPMARKET, in pertinent part: "We need your cooperation, so we can keep up our services for you for much longer time with safety and security…. If postman come to your door again and again from a particular address, it could cause issue, so please buy larger quantity so you can keep up with monthly supply. Its only because we want to serve you longer with safety and full privacy…. I only ship with USPS Priority Mail (takes 2-3 working days). -Stealth packaging is always provided. Products are hidden inside a decoy item. Please be on the lookout." That same day, "chinodrug" also posted, in pertinent part, "The return address on the package is fake and is changed often, any returned package will be lost and will not be refunded/re-shipped."[1]

2. On or about February 6, 2023, defendant ZHENGCHENG HUANG traveled to the storage unit in Kent, Washington to retrieve oxycodone pills for the DTG and distribute them.

---

[1] All quoted posts bear the same spelling, punctuation, and grammar as found in the originals of these records.

3. On or about February 13, 2023, defendant ZHENGCHENG HUANG traveled to the storage unit in Kent, Washington to retrieve oxycodone pills for the DTG and distribute them.

4. On or about February 18, 2023, defendant ZHENGCHENG HUANG traveled to the storage unit in Kent, Washington to retrieve oxycodone pills for the DTG and distribute them.

5. On or about February 21, 2023, inside the storage unit in Kent, Washington, defendant ZHENGCHENG HUANG and members of the DTG possessed with the intent to distribute approximately 86,613 oxycodone pills.

6. On or about February 24, 2023, defendant ZHENGCHENG HUANG and members of the DTG, under the moniker "chinodrug," posted the following update on ASAPMARKET: "on the rd for a few days, feel free to contact us thru messages if any concerns"

7. On or about February 25, 2023, defendant ZHENGCHENG HUANG fled the United States to evade law enforcement and so that the DTG could continue to distribute controlled substances.

8. On or about March 30, 2023, defendant ZHENGCHENG HUANG and members of the DTG sent approximately 40 oxycodone pills to Person #1, known to the grand jury, in the Eastern District of Pennsylvania.

9. On or about March 30, 2023, while he was in Thailand, defendant ZHENGCHENG HUANG purchased postage to send controlled substances to various buyers. Defendant HUANG purchased postage for buyers in the following states: California, Massachusetts, Michigan, New Hampshire, New York, and Oregon.

10. On or about April 4, 2023, defendant ZHENGCHENG HUANG and members of the DTG, under the moniker "chinodrug," posted on ASAPMARKET that the DTG was offering "Percocet 5/325 mg oxycodone (ip 512) x 280" for sale.

11. On or about April 20, 2023, while he was in Thailand, defendant ZHENGCHENG HUANG purchased postage to send controlled substances to various buyers. Defendant HUANG purchased postage for buyers in the following states: California, Colorado, Florida, and New York.

12. On or about May 5, 2023, defendant ZHENGCHENG HUANG and members of the DTG sent approximately 280 oxycodone pills to Person #2, known to the grand jury, in the Middle District of Pennsylvania.

13. On or about August 24, 2023, defendant ZHENGCHENG HUANG arrived in Guam. That same day, defendant HUANG accessed an account at a cryptocurrency exchange that the DTG utilized for its drug trafficking business.

14. On or about August 26, 2023, while in Hawaii, defendant ZHENGCHENG HUANG purchased postage to send controlled substances to various buyers. Defendant HUANG purchased postage for buyers in the following states: California, New York and South Carolina.

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 21, United States Code, Sections 846 and 841, set forth in this indictment, defendant

**ZHENGCHENG HUANG,**
a/k/a "chinodrug,"
a/k/a "Chihwei Lim,"
a/k/a "Yang Yong,"

shall forfeit to the United States of America:

   a. Approximately 200 Bitcoin and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

   b. any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

7

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

███████████████
G████████████

_[signature]_
JACQUELINE C. ROMERO
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ZHENGCHENG HUANG
a/k/a "chinodrug"
a/k/a "Chihwei Lim"
a/k/a "Yang Yong"

## INDICTMENT

Counts

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) (conspiracy to distribute oxycodone – 1 count); Notice of Forfeiture

A true bill.

_____ day,

Foreperson

Bail, $_____