IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL NO. 24-145 |
|---|---|
| v. | |
| ZHENGCHANG HUANG | |

### ORDER

**AND NOW**, this 9th day of October, 2025, upon consideration of the Government's Motion for Forfeiture, and all submissions and evidence related thereto, and for the reasons stated in the accompanying Memorandum, it is hereby preliminarily **ORDERED** that forfeiture of 199.47 bitcoin is **GRANTED**. This Order shall become final as to Defendant Zhengchang Huang at sentencing, pursuant to Fed. R. Crim. P. 32.2(b)(2)(B).

BY THE COURT:

_____
MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\24-145 Huang\24-145 Preliminary Order Granting Forfeiture.docx